# United States District Court
## Violation Notice

CVB Location Code: CA76

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1846957 | Smith | 1672 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 5/26/11  1402 | 36 CFR 2.35 (C)(7) |

Place of Offense: Yosemite Lodge

Offense Description: Under the influence of alcohol to a degree that may endanger oneself or others.

1846957

### DEFENDANT INFORMATION
Phone: (  )  -

| Last Name | First Name | M.I. |
|---|---|---|
| Zimmerman | George | C. |

Street Address: 

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Yosemite | CA | 95389 | |

Drivers License No.: 
D.L. State: 
Social Security No.: 

☐ Adult  ☐ Juvenile   Sex ☐ Male  ☐ Female

Hair: Red    Eyes: Blue    Height: 509    Weight: 150

### VEHICLE DESCRIPTION
VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| — | — | — | — | — |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

11-1137

$ ____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ ____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date (mm/dd/yyyy): 
Time (hh:mm): 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: 

(Rev. 03/2006)    Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 26, 20 10 while exercising my duties as a law enforcement officer in the Eastern District of California in Yosemite National Park.

I was dispatched to Yosemite Lodge for a person that may be having a medical emergency on a YARTS bus. I contacted Mr. George ZIMMERMAN on the YARTS bus. ZIMMERMAN had a strong odor of alcoholic beverage emanating from his person, had watery eyes, and spoke in a thick slurred speech throughout the contact. ZIMMERMAN stated he started consuming Vodka at approximately 8:00 a.m. in Mariposa. He consumed the Vodka on the YARTS bus as the bus transported him to Yosemite National Park. YARTS bus driver Mr. Douglas FOSTER stated ZIMMERMAN seemed fine when he got on the bus in the morning. The YARTS bus was at the last bus stop; ZIMMERMAN never made an attempt to exit the bus. ZIMMERMAN stated he was trying to go to his place at Lost Arrow Dorms. ZIMMERMAN stated he thought he was near the Yosemite Village Area. I had ZIMMERMAN exit the YARTS Bus. ZIMMERMAN was unable to walk without assistance. ZIMMERMAN provided a preliminary breath sample; his breath registered 0.348 % at 1426 hours.
Ambulance 1 determined that ZIMMERMAN was not in need of medical attention.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/26/2011    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

# United States District Court
## Violation Notice

| CVB Location Code | |
|---|---|
| CA76 | |

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 1846958 | Smith | 1672 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 5/26/11   1402 | 36 CFR 4.14 |

**Place of Offense:** Yosemite Lodge

**Offense Description:** Open container of alcoholic beverage in a vehicle

1846958

### DEFENDANT INFORMATION

Phone: (   )   -

| Last Name | First Name | M.I. |
|---|---|---|
| Zimmerman | George | |

**Street Address:** [illegible]

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Yosemite | CA | 95389 | |

Drivers License No.   D.L. State   Social Security No.

☐ Adult ☐ Juvenile   Sex ☐ Male ☐ Female   Hair   Eyes   Height   Weight

### VEHICLE DESCRIPTION  VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

11-1137

$ _____ Forfeiture Amount
+ $25 Processing Fee

**PAY THIS AMOUNT →** $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature _____

(Rev. 03/2006)   Original - CVB Copy

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **May 26**, 20**10** while exercising my duties as a law enforcement officer in the **Eastern** District of **California** in Yosemite National Park

I was dispatched to Yosemite Lodge for a person that may be having a medical emergency on a YARTS bus. I contacted Mr. George ZIMMERMAN on the YARTS bus. ZIMMERMAN had a strong odor of alcoholic beverage emanating from his person, had watery eyes, and spoke in a thick slurred speech throughout the contact. ZIMMERMAN stated he started consuming Vodka at approximately 8:00 a.m. in Mariposa. He consumed the Vodka on the YARTS bus as the bus transported him to Yosemite National Park. ZIMMERMAN had in his possession an open bottle of Vodka.

ZIMMERMAN stated he was trying to go to his place at Lost Arrow Dorms. ZIMMERMAN stated he thought he was near the Yosemite Village Area. I had ZIMMERMAN exit the YARTS Bus. ZIMMERMAN was unable to walk without assistance.

ZIMMERMAN provided a preliminary breath sample; his breath registered 0.348 % at 1426 hours.

Ambulance 1 determined that ZIMMERMAN was not in need of medical attention.

The foregoing statement is based upon:
- ☒ my personal observation
- ☒ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☒ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 5/26/11   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge